| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830855<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for CALIBER HOME LOANS, INC. | |
| In Re:<br><br>CHRISTOPHER R. MCCOOL<br>SAMANTHA A. MCCOOL A/K/A SAMANTHA A. RADKA | Case No: 19-29151 - JNP<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor CALIBER HOME LOANS, INC. in this case.[1]

Date: 12/12/2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Withdrawing Attorney

Date: 12/12/2019

/s/ Andrew L. Spivack
Andrew L. Spivack, Esq.
Superseding Attorney
Phelan Hallinan & Diamond, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email: andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>830855<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for CALIBER HOME LOANS, INC. | |
| In Re:<br><br>CHRISTOPHER R. MCCOOL<br>SAMANTHA A. MCCOOL A/K/A SAMANTHA A. RADKA | Case No: 19-29151 - JNP<br><br>Hearing Date: N/A<br><br>Judge: JERROLD N. POSLUSNY JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Dylan Shaw:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CALIBER HOME LOANS, INC. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 12, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 12, 2019              /s/ *Dylan Shaw*
                                                              Dylan Shaw

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SAMANTHA A. MCCOOL<br>755 FOX RUN DRIVE,<br>ATCO, NJ 08004 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| CHRISTOPHER R. MCCOOL<br>755 FOX RUN DRIVE,<br>ATCO, NJ 08004 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| LEE MARTIN PERLMAN, Esquire<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ISABEL C. BALBOA, Trustee<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

LEE MARTIN PERLMAN, Esquire
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL, NJ 08003

SAMANTHA A. MCCOOL
755 FOX RUN DRIVE
ATCO, NJ 08004

CHRISTOPHER R. MCCOOL
755 FOX RUN DRIVE
ATCO, NJ 08004

Isabel C. Balboa, Trustee
Cherry Tree Corporate Center,
535 Route 38 - Suite 580
Cherry Hill, NJ 08002